NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


LESLIE J. ARMSTRONG,                       )
                                           )
           Appellant,                      )
                                           )
v.                                         )     Case No. 2D18-1175
                                           )
STATE OF FLORIDA,                          )
                                           )
           Appellee.                       )
_____)

Opinion filed November 20, 2019.

Appeal from the Circuit Court for Pinellas
County; Christopher C. Sabella, Associate
Judge.

John H. Trevena of Trevena, Pontrello, &
Associates, Largo, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Katherine Coombs Cline,
Assistant Attorney General, Tampa, for
Appellee.


PER CURIAM.


           Affirmed.


KHOUZAM, C.J., and MORRIS and BADALAMENTI, JJ., Concur.